```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                :
JOSE SANCHEZ, *et al.*,                        :

                                  Plaintiffs,    :              1:25-cv-6718-GHW

                                                   :
                      -v-                          :              <u>ORDER</u>

DYNAMICS DEVELOPMENT SERVICES INC., :
*et al.*,

                               Defendants.  :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On October 9, 2025, counsel for Plaintiffs filed a stipulation of withdrawal. Dkt. No. 13. Because the request to withdraw did not conform with Local Rule 1.4, the Court will not act on the stipulation of withdrawal at this time.

      If counsel wishes to move for leave to withdraw, any such motion must comply fully with the requirements of Local Rule 1.4. Though the stipulation obviates the need for an affidavit, Local Rule 1.4 requires that counsel still file a motion alongside their request to withdraw. Plaintiff's new counsel must also enter a notice of appearance. The Court will act on counsel's application once Plaintiff's new counsel appears, and the withdrawing counsel's request includes all of submissions required by Local Rule 1.4.

      SO ORDERED.

Dated: October 10, 2025
       New York, New York

                                                                           _____
                                                                            GREGORY H. WOODS
                                                                     United States District Judge