**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JOSE SANCHEZ, *on behalf of himself individually,*
*and on behalf of all others similarly situated*,

                        *Plaintiff*,

        -against-

DYNAMICS DEVELOPMENT SERVICES INC.,
PRESTIGE DEVELOPMENTS SERVICES, INC.,
KEVIN MARTINEZ, and ANGELA MARTINEZ,
Individually

                        *Defendants*,

-----------------------------------------------------------------X

Civil Action No. **1:25-cv-6718**

**PROPOSED JUDGMENT ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2025

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 29, 2025, and Defendants, DYNAMICS DEVELOPEMNT SERVICES INC., KEVIN MARTINEZ, and ANGELA MARTINEZ, as individuals, having offered to allow entry of judgment to be taken against them in favor of Plaintiff JOSE SANCHEZ in the amount of Sixty-Five Thousand Dollars ($65,000.00), inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees:

It is ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiff JOSE SANCHEZ and against Defendants, DYNAMICS DEVELOPEMNT SERVICES INC., KEVIN MARTINEZ, and ANGELA MARTINEZ, as individuals, in the amount of Sixty-Five Thousand Dollars ($65,000.00), inclusive of all of the Plaintiff's claims of relief, alleged damages, costs, and attorneys' fees incurred to date.

Dated:   October 29, 2025
        New York, New York

        _____
        HON. JUDGE GREGORY H. WOODS