UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE SANCHEZ, *on behalf of himself individually, and on behalf of all others similarly situated*,

                    *Plaintiff*,

    -against-

DYNAMICS DEVELOPMENT SERVICES INC.,
PRESTIGE DEVELOPMENTS SERVICES, INC.,
KEVIN MARTINEZ, and ANGELA MARTINEZ,
Individually

                    *Defendants*,
-------------------------------------------------------------------X

Civil Action No. **1:25-cv-6718**

**PROPOSED JUDGMENT ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2025

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 29, 2025, and Defendants, DYNAMICS DEVELOPEMNT SERVICES INC., KEVIN MARTINEZ, and ANGELA MARTINEZ, as individuals, having offered to allow entry of judgment to be taken against them in favor of Opt-in Plaintiff RONALD SANCHEZ in the amount of Fifty-Five Thousand Dollars ($55,000.00), inclusive of all of Opt-in Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees:

      It is ORDERED AND ADJUDGED that judgment is entered in favor of the Opt-in Plaintiff RONALD SANCHEZ and against Defendants, DYNAMICS DEVELOPEMNT SERVICES INC., KEVIN MARTINEZ, and ANGELA MARTINEZ, as individuals, in the amount of Fifty-Five Thousand Dollars ($55,000.00), inclusive of all of the Opt-in Plaintiff's claims of relief, alleged damages, costs, and attorneys' fees incurred to date.

      The Clerk of Court is directed to close this case.

Dated:  October 29, 2025
           New York, New York

                                    _____
                                    HON. JUDGE GREGORY H. WOODS